Lawrence E. Wayte, # 032676-0
Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant
DONALD E. JAMES

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA FUELS, INC.; NOVAHOL CABAZON, LLC; and NOVAHOL INDIO, LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>DONALD E. JAMES, MEL DERUTLEDGE, SAMUEL GUS ENEGREN, CERTUSIA RESINSURANCE COMPANY, INC., CERTUSIA USA HOLDINGS, INC., CAPITALALLIANCE FINANCIAL SERVICES, LLC. NEXXUS INTERNATIONAL, NEXXUS ONE SECURITIES, LTD, NEXXUS ONE HOLDINGS LTD, AND NEXXUS ONE CAPITAL TRUST OF SWITZERLAND, A.G.<br><br>            Defendant. | Case No.  1:07-CV-00658-AWI-SMS<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT, DONALD E. JAMES, TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER GRANTING EXTENSION OF TIME**<br><br>Complaint Filed:    May 1, 2007 |

## STIPULATION OF THE PARTIES

IT IS HEREBY STIPULATED AND AGREED between the Plaintiffs and Defendant, DONALD E. JAMES, by and through their respective counsel, that defendant, DONALD E. JAMES, shall be granted an extension of time in which to answer or otherwise respond to Plaintiffs' Complaint in the matter of <u>Nova Fuels, Inc. et al. v. Donald E. James, et al</u> (Case No. 1:07-CV-00658-AWI-SMS).

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT, DONALD E. JAMES, TO
RESPOND TO PLAINTIFFS' COMPLAINT; ORDER GRANTING EXTENSION OF TIME

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereby stipulate and agree that Defendant, DONALD E. JAMES, shall answer or otherwise respond to Plaintiffs' May 1, 2007 Complaint pursuant to the terms of this Stipulation on or before **Friday, September 7, 2007**.

This Stipulation may be executed in counterparts and by facsimile signature, each of which, when executed, shall be an original and all of which together shall constitute one in the same Stipulation. This Stipulation contains the entire agreement among the signing parties.

The undersigned hereby consents to the terms set forth in the foregoing Stipulation.

Dated: July 27, 2007

McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP

By: /s/Daniel L. Wainwright
Lawrence E. Wayte
Daniel L. Wainwright
Attorneys for Defendant
DONALD E. JAMES

Dated: July 27, 2007

DM. HOGUE & ASSOCIATES, INC.

By: /s/Michael G. Karby
Michael G. Karby
Attorneys for Plaintiffs
NOVA FUELS, INC.; NOVAHOL CABAZON, LLC; and NOVAHOL INDIO, LLC

2

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT, DONALD E. JAMES, TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER GRANTING EXTENSION OF TIME

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER OF THE COURT REGARDING STIPULATION

Pursuant to the Stipulation and Agreement of counsel for the Plaintiffs, NOVA FUELS, INC.; NOVAHOL CABAZON, LLC; and NOVAHOL INDIO, LLC, and Defendant, DONALD E. JAMES, as reflected above, and FOR GOOD CAUSE showing, the Court ORDERS that Defendant, DONALD E. JAMES, shall have until **Friday, September 7, 2007** to either answer or otherwise respond to Plaintiffs' May 1, 2007 Complaint for Damages.

DATED:   8/2/2007

      /s/ Sandra M. Snyder
Sandra M. Snyder
Judge of the U. S. District Court

08013/00000-1122082.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT, DONALD E. JAMES, TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER GRANTING EXTENSION OF TIME

PDF created with pdfFactory trial version www.pdffactory.com