IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA FUELS, INC., NOVAHOL CABAZON, LLC, and NOVAHOL INDIO, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD E. JAMES, et al.,<br><br>　　　　Defendants | 1: 07 - CV - 0658  AWI SMS<br><br>ORDER VACATING<br>PRETRIAL AND TRIAL DATE |

　　This action is currently set for a pretrial conference on December 19, 2008, and set for trial on February 13, 2009.   However, the settlement conference in this action will not be held until December 22, 2008, after the currently scheduled pretrial conference and on the eve of trial.  Thus, the court finds that the pretrial conference and trial dates should be vacated pending the outcome of the settlement conference.

　　Accordingly, the court ORDERS that the December 19, 2008 pretrial conference and the January 13, 2008 trial are VACATED.   The court will set a new pretrial conference date and new trial date if this action is not settled.

IT IS SO ORDERED.

Dated:　　December 1, 2008　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE