FILED
APR 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Michael G. Karby, Esq., #179786
D.M. Hogue & Associates, Inc.
499 North "L" Street
Dinuba, CA 93618
Telephone: (559) 591-3090
Fax: (559) 591-3614

Attorney for Plaintiffs: NOVA FUELS, INC.; NOVAHOL CABAZON, LLC; and NOVAHOL INDIO, LLC.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVA FUELS, INC.; NOVAHOL CABAZON, LLC; and NOVAHOL INDIO,LLC <br><br> Plaintiff(s), <br><br> vs. <br> DONALD E. JAMES; MEL DERUTLEDGE; SAMUEL GUS ENEGREN; CERTUSIA REINSURANCE COMPANY, INC.; CERTUSIA USA HOLDINGS, INC.; CAPITALLIANCE FINANCIAL SERVICES, LLC.; NEXXUS INTERNATIONAL; NEXXUS ONE SECURITIES, LTD; NEXXUS ONE HOLDINGS LTD; and NEXXUS ONE CAPITAL TRUST OF SWITZERLAND, A.G. <br><br> Defendant(s). | Docket No.: 1:07-CV-658 <br><br> REQUEST FOR DISMISSAL OF DEFENDANT, DONALD E. JAMES |

COMES NOW Plaintiffs, NOVA FUELS, INC, NOVAHOL CABAZON, LLC, and NOVAHOL INDIO, LLC; to request a Dismissal With Prejudice as to Defendant, DONALD E. JAMES, individually and exclusively, in the above-encaptioned matter:

1. Plaintiffs hereby dismiss with prejudice DONALD E. JAMES, individually, and as a Defendant in the referenced-matter above filed on May 1, 2007.

2. Plaintiffs' Attorney, who subscribes his name below, warrants to the Court that he is empowered to enter into this Dismissal upon behalf of Plaintiffs.

Respectfully submitted,

Dated:_____

/S/ Michael G. Karby
MICHAEL G. KARBY,
Attorney for Plaintiffs

**IT IS SO ORDERED.**

**Dated:** 4-2-09

_____
**UNITED STATES DISTRICT JUDGE**

# PROOF OF SERVICE

I declare that I am a citizen of the United States and a resident of the County of Tulare. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 North "L" Street, Dinuba, California 93618.

On March 31, 2009, I served the foregoing document(s) described as **REQUEST FOR DISMISSAL ON DEFENDANT, DONALD E. JAMES,** on the interested parties, addressed as follows:

Daniel L. Wainwright, Esq.
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720

[X]   BY MAIL - by placing [X] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[ ]   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

[X]   STATE: I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 31, 2009, at Dinuba, California.

/S/ Christina Garibay
CHRISTINA GARIBAY